(June 26, 1913.)

## PAYETTE HEIGHTS IRRIGATION DISTRICT, Respondent, v. R. E. HAYNES, Appellant.

[133 Pac. 907.]

APPEAL from the District Court of the Seventh Judicial District for Canyon County.   Hon. Ed. L. Bryan, Judge.

Action for confirmation of bond issue of an irrigation district.   Judgment for plaintiff.   Defendant, a property owner, appealed.   *Affirmed.*

R. E. Haynes, *pro se*, as Appellant.

Thompson & Buckner, for Respondent.

W. C. Bicknell, of Counsel.

Counsel cite same authorities as in *Little Willow Irrigation District v. Haynes, ante,* p. 317.

AILSHIE, C. J.—This case involves the same question considered and passed upon in *Little Willow Irrigation District v. Haynes, ante,* p. 317, which has just been decided by this court. On the authority of that case, the judgment in this case must be affirmed, and it is so ordered.   Costs awarded in favor of respondent.

Sullivan and Stewart, JJ., concur.